**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JIMMY IVY**                                                                  **PLAINTIFF**

**vs.**                                     **CIVIL ACTION NO.: 3:16-CV-306-HTW-LRA**

**WARDEN NORRIS HOGANS, et al**                                 **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket No. 33]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket No. 33]** is hereby **ADOPTED** as the order of this court.

Pursuant to the Report and Recommendation of the Magistrate Judge, the Defendants' Motion for Partial Summary Judgment [Docket No. 23] is hereby GRANTED. The parties are to bear their own costs.

**SO ORDERED**, this this   **30th**   day of  **June**  , 2017.

                                                     **s/ HENRY T. WINGATE**
                                                     **UNITED STATES DISTRICT COURT JUDGE**