**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JIMMY IVY**                                                                                                     **PLAINTIFF**

**vs.**                                                          **CIVIL ACTION NO.: 3:16-CV-306-HTW-LRA**

**WARDEN NORRIS HOGANS, et al**                                                           **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket No. 37]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket No. 37]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

SO ORDERED, this this ___6th___ day of__October_____, 2017.

                                               **s/ HENRY T. WINGATE
   UNITED STATES DISTRICT COURT JUDGE**